Panagopoulos Law P.C.
Mr. Dimitri Panagopoulos Esq. SBN: 269581
8880 Rio San Diego Drive 8th Floor
San Diego, California 92108
Phone:(619)209-6030
Fax:   (619)209-6031
Email: dimitri@panagopouloslaw.com
Attorney for Plaintiff, Tricia Varrasso

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRICIA VARRASSO,<br><br>         Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>         Defendant. | Case No. **'13CV1057 GPC BGS**<br><br>PETITION TO QUASH THIRD PARTY [Wells Fargo's] SUMMONS AND MEMORANDUM OF LAW |

   PLAINTIFF, by and through her attorney, petition the District Court for the Southern District of California, pursuant to 26 U.S.C. § 7609(b)(2), to Quash the Summons served by the Commissioner of the Internal Revenue Service upon Wells Fargo NA, herein after "Wells Fargo" on or before April 16, 2013, seeking banking records of the Petitioner in an unknown tax collection matter, issued by Catherine C. Parker who is known to be a Revenue Agent under the employment of the Defendant, and located in Lakewood, Colorado.

In support thereof, petitioner respectfully shows, states, pleads and otherwise alleges:

### I. JURISDICTION

1. This court has jurisdiction in this action pursuant to 26 U.S.C. § 7609(b)(2)(A), 7609(h) and 28 U.S.C. § 1331 and 1340, venue is proper in that the plaintiff, defendant and persons summoned all reside in or are found within the geographical jurisdiction of this court.

### II. PARTIES

2. Plaintiff is a Citizen of the State of California with a legal residence in San Diego, California.

3. The Defendant United States of America by and through the Internal Revenue Service, hereinafter "IRS" is a federal government entity with agencies and offices throughout the United States with offices found in San Diego, CA.

4. The Third Party Summoned party, "Wells Fargo" is a financial institution with a number of offices and locations within San Diego, CA.

### III. PETITION TO QUASH SUMMONS

5. On or about April 16, 2013 the Commissioner of the Internal Revenue Service served as Summons upon "Wells Fargo" requiring "Wells Fargo" to produce copies "all bank records" in their possession or control for the period covering August 1, 2009 through December 1, 2011, relating to all accounts, in the name of and/or under signature authority or other authority or control of or for the benefit of Plaintiff.

6. Said summons was received sometime thereafter by certified mail from "IRS. A copy of said summons is attached hereto, incorporated herein, and made reference hereof as Plaintiff's Exhibit 1.

7. On the face of the subject summons it is stated that such is issued "In the matter of Sun West Solar, Inc."

8. The apparent purpose for the documentation sought in the summons is therefore not disclosed upon the face of the summons, and Plaintiff believes there is no legitimate purpose in the Commissioner's Summons request the production of Plaintiff's banking records from "Wells Fargo" as there are no known taxes assessed against or due from the Plaintiff.

9. 26 U.S.C. 7609(b)(2) permits a non taxpayer affected person to challenge third party summonses by way of Petitions to Quash. Those believes stated in paragraph 7 & 8 above included, Plaintiff believes that it is a non taxpayer as there no known taxes assessed or due from Plaintiff; and further, that the records sought do not relate to the subject taxpayer.

10. Plaintiff believes that Revenue Agent Catherine Parker is using the summons power to harass and intimidate Plaintiff, for unknown reasons, and reasons which usurp the intent and spirit of the law, and are an abuse of process.

Panagopoulos Law P.C.
8880 Rio San Diego Dr. 8th Floor
San Diego, CA 92108
Ph. 619.209.6030
Fx. 619.209.6031

-3-

11. Plaintiff believes that as there was no actual or ostensible liability or basis for the issuance of the summons, that said summons was issued in bad faith; and that for other reasonable reasons Plaintiff believes the subject summons was issued in bad faith.

12. The IRS already possesses all relevant information to determine whether Plaintiff may be liable under any internal revenue statue and that the data summoned is incapable of adding any new information which could affect the determination of any potential liability. The data sought is irrelevant and immaterial and can only potentially provide other personal data about Plaintiff's habits, spending, and affairs which have no relevance or materiality to Sun West Solar, Inc.

13. Plaintiff believes the summoned data is overbroad, and constitutes an unreasonable search and/or seizure.

14. That IRS fails to comply with formal statutory requirements regarding service, time and place of examination, and description of the records to be produced.

15. That IRS failed to comply with the time limitations or other requirements of the third party summons provisions.

16. The Summons is being used for research or some other statutorily unauthorized purpose.

17. The Summons seeks records or evidence not related or relevant to the correctness of a tax return.

-4-

WHEREFORE, Plaintiff prays that the subject Summons be Quashed, and any and all information received be returned to Plaintiff, and to properly notice Plaintiff if further information is sought from the third party.

Respectfully submitted this 3rd day of May, 2013 by:

_____
Dimitri Panagopoulos Esq.
8880 Rio San Diego Drive 8th Floor
San Diego, California 92108

Attorney for the Plaintiff
Tricia Varrasso

Panagopoulos Law P.C.
8880 Rio San Diego Dr. 8th Floor
San Diego, CA 92108
Ph. 619.209.6030
Fx. 619.209.6031