Varrasso v. United States of America
United States District Court
Exhibit to Petition to Quash Third Party Summons

# Exhibit 1
# IRS Summons to Wells Fargo



# Summons

In the matter of Sun West Solar Inc.
Internal Revenue Service (Division): Small Business/Self-Employed Division
Industry/Area (name or number): Area 6
Periods: For calendar years ending December 31, 2009, December 31, 2010, and December 31, 2011

## The Commissioner of Internal Revenue

To: Wells Fargo Bank NA

At: Legal Order Processing Center East, 401 Market Street, Mail Code Y1372-110. Philadelphia, PA 19101

You are hereby summoned and required to appear before Catherine C. Parker, ID #1000790336, or her delegate an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

See Attachment to Summons

**Do not write in this space**

Business address and telephone number of IRS officer before whom you are to appear:
Internal Revenue Service 12600 West Colfax Ave, Suite C300, MS 4358, Lakewood, Colorado 80215    720-956-4670

Place and time for appearance at Service by United States mail - Internal Revenue Service

**IRS**

on the 14th day of May 2013 at 10 o'clock a. m.
Issued under authority of the Internal Revenue Code this 16th day of April 2013

Department of the Treasury
Internal Revenue Service

www.irs.gov

Form 2039 (Rev. 10-2010)
Catalog Number 21405J

Signature of issuing officer — Revenue Agent / Title
Signature of approving officer (if applicable) — Group Manager, SB/SE Group 1358 / Title

Part C — to be given to noticee

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

SMALL BUSINESS/SELF-EMPLOYED DIVISION

April 16, 2013

Attachment to Summons

In the Matter of Sun West Solar Inc.

Please provide all bank records in your possession or control for the period covering August 1, 2009 through December 31, 2011 relating to all accounts, in the name of and/or under signature authority or other authority or control of or for the benefit of **Tricia Varrasso**. Information should include, but not be limited, accounts associated with cashier's check 0378605760, attached for your reference.

Records to be provided include, but are not limited to the following:
- Account Signature Cards and Account Applications
- Bank Statements
- Deposit Slips and Deposited Items (front and back)
- Front and back copies of all checks written
- Credit and Debit Memos and Advices
- Cashiers Checks, Money Orders, Letters of Credit, and Certificates of Deposit
- Wire Transfer Authorizations
- Transfers to other accounts

Record Format: Records may be provided either as paper copies or in electronic format on a portable storage device. Please ensure that copies of items are legible.

Once the cost of this service reaches $500, please contact the agent referenced on the bottom of the first page of this summons.

| | | | | |
|---|---|---|---|---|
| 0003786 | 11-24 | | CASHIER'S CHECK | 0378605760 |
| Office AU # | 1210(8) | | | |

Operator I.D.: cu015023   cu008052

December 30, 2011

PAY TO THE ORDER OF   ***TRICIA VARRASSO***

***Ninety-seven thousand two hundred seventy-six dollars and 09 cents***   **$97,276.09**

WELLS FARGO BANK, N.A.
1000 W SAN MARCOS BLVD
SAN MARCOS, CA 92078
FOR INQUIRIES CALL (480) 394-3122

VOID IF OVER US $ 97,276.09

AUTHORIZED SIGNATURE

⑆0378605760⑆ ⑈121000248⑈ 4861 505295⑉

PostngDate: 20111230
AccountNum: 4861505295
Serial: 378605760
Amount: 97,276.09
DIN (Posting Reference # or Seq #): 75233541

0069432374

1112300299200200015

PostngDate: 20111230
AccountNum: 4861505295
Serial: 378605760
Amount: 97,276.09
DIN (Posting Reference # or Seq #): 75233541

**To:** Tricia Varrasso   **Date:** April 16, 2013

**Address:** 9300 Lavell Street  La Mesa, CA 91941

---

Enclosed is a copy of a summons served by the IRS to examine records made or kept by, or to request testimony from, the person summoned. If you object to the summons, you are permitted to file a lawsuit in the United States district court in the form of a petition to quash the summons in order to contest the merits of the summons.

If you are the taxpayer, see important information below on the suspensions of your periods of limitation under I.R.C. section 7609(e)(1) and (e)(2).

## General Directions

1. You must file your petition to quash in the United States district court for the district where the person summoned resides or is found.

2. You must file your petition within 20 days from the date of this notice and pay a filing fee as may be required by the clerk of the court.

3. You must comply with the Federal Rules of Civil Procedure and local rules of the United States district court.

## Instructions for Preparing Petition to Quash

1. Entitle your petition "Petition to Quash Summons."

2. Name the person or entity to whom this notice is directed as the petitioner.

3. Name the United States as the respondent.

4. State the basis for the court's jurisdiction, as required by Federal Rule of Civil Procedure. See Internal Revenue Code Section 7609(h).

5. State the name and address of the person or entity to whom this notice is directed and state that the records or testimony sought by the summons relate to that person or entity.

6. Identify and attach a copy of the summons.

7. State in detail every legal argument supporting the relief requested in your petition. See Federal Rules of Civil Procedure. Note that in some courts you may be required to support your request for relief by a sworn declaration or affidavit supporting any issue you wish to contest.

8. Your petition must be signed as required by Federal Rule of Civil Procedure 11.

9. Your petition must be served upon the appropriate parties, including the United States, as required by Federal Rule of Civil Procedure 4.

10. At the same time you file your petition with the court, you must mail a copy of your petition by certified or registered mail to the person summoned and to the IRS. Mail the copy for the IRS to the officer whose name and address are shown on the face of this summons. See 7609(b)(2)(B).

The court will decide whether the person summoned should be required to comply with the summons request.

## Suspension of Periods of Limitation

If you are the taxpayer being examined/investigated by this summons and you file a petition to quash the summons (or if you intervene in any suit concerning the enforcement of this summons), your periods of limitation for assessment of tax liabilities and for criminal prosecutions will be suspended pursuant to I.R.C. section 7609(e)(1) for the tax periods to which the summons relates. Such suspension will be effective while any proceeding (or appeal) with respect to the summons is pending. Your periods of limitation will also be suspended under section 7609(e)(2) if the summoned person fails to fully respond to this summons for 6 months. The suspension under section 7609(e)(2) will begin 6 months after the summons is served and will continue until the summoned person finally resolves the obligation to produce the summoned information. You can contact the IRS officer identified on the summons for information concerning the suspension under section 7609(e)(2). If you contact the IRS officer for this purpose, please provide the following information: (1) your name, address, home and work telephone numbers and any convenient time you can be contacted and (2) a copy of the summons or a description of it that includes the date it was issued, the name of the IRS employee who issued it, and the name of the summoned person.

The relevant provisions of the Internal Revenue Code are enclosed with this notice. If you have any questions, please contact the Internal Revenue Service officer before whom the person summoned is to appear. The officer's name and telephone number are shown on the summons.



Department of the Treasury
**Internal Revenue Service**

www.irs.gov

Form 2039 (Rev. 10-2010)
Catalog Number 21405J

**Part D** — to be given to noticee